UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY VRH,<br><br>      Plaintiff,<br><br>  v.<br><br>CDCR,<br><br>      Defendants. | No.  1:26-cv-02363-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 5, 8) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on February 27, 2026, in the Sacramento Division.

On March 16, 2026, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable Eighth Amendment claim against Defendants L. Sasselli, C. Zoucha, and Gamboa.  (ECF No. 5.)  No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the Eighth Amendment claim.  (Id.)

On March 23, 2026, Plaintiff filed a notice of intent to proceed only on the Eighth Amendment claim.  (ECF No. 8.)

///

1

On March 27, 2026, the action was transferred from the Sacramento Division, noting that the alleged Eighth Amendment violations took place in Madera County, which is part of the Fresno Division.  (ECF No. 9.)

Based on the Court's March 16, 2026 screening order, and Plaintiff's notice of intent to proceed only on the Eighth Amendment claim, it is HEREBY ORDERED that the Clerk of the Court shall assign a District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1.    This action proceed only on Plaintiff's Eighth Amendment claim against Defendants L. Sasselli, C. Zoucha, and Gamboa; and

2.    All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **March 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2