UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON ANTHONY VRH,

            Plaintiff,

    v.

CDCR,

            Defendants.

No. 1:26-cv-02363-SAB (PC)

ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION

(ECF No. 13)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for clarification, filed April 17, 2026. Therein, Plaintiff states that his case was screened on March 16, 2026, and on March 30, 2026, he filed an intention to proceed on the Eighth Amendment claim against Defendants L. Sasselli, C. Zouch, and Gamboa. (ECF No. 13.) Plaintiff believes he should not "be starting over" after the case was transferred from the Sacramento Division. (Id.)

Plaintiff is advised that he is not "starting over" as the Findings and Recommendations issued on March 30, 2026, were based on the Court's March 16, 2026, screening order and Plaintiff's notice of intent to proceed only on the Eighth Amendment claim. (ECF No. 12.) Accordingly, the Court will order service of the summons and complaint if and when the Findings

1

and Recommendations are adopted by the assigned District Judge.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge