**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON ANTHONY VRH, | No.  1:26-cv-02363 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| CDCR, | (Doc. 12) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2026, the assigned magistrate judge issued findings and recommendations, recommending that all claims be dismissed, except for Plaintiff's failure to protect claim against Defendants L. Sasselli, C. Zoucha, and Gamboa.  (Doc. 12.) The findings and recommendations were served on Plaintiff, advised him that any objections were due within 14 days, and warned him that failure to timely file objections may result in the waiver of rights on appeal. (*Id*. at 2, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  Plaintiff did not file objections. Moreover, Plaintiff previously advised the Court that he wanted to proceed only with his failure to protect claims against Defendants L. Sasselli, C. Zoucha, and Gamboa. (Doc. 8.)

1

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS:**

1. The findings and recommendations issued on March 30, 2026, (Doc. 12), are **ADOPTED IN FULL.**

2. All claims are **DISMISSED**, except for Plaintiff's failure to protect claim against Defendants L. Sasselli, C. Zoucha, and Gamboa.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

UNITED STATES DISTRICT JUDGE

2