UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY VRH,<br>Plaintiff,<br>v.<br>CDCR,<br>Defendants. | No. 1:26-cv-02363-JLT-SAB (PC)<br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OF THE POST-SCREENING ADR PROJECT<br>(ECF No. 26)<br>ORDER LIFTING STAY OF PROCEEDINGS, VACATING OCTOBER 7, 2026, SETTLEMENT CONFERENCE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 6, 2026, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 25.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On August 3, 2026, Defendants filed a motion to opt out of the settlement conference.

(ECF No. 26.) Defendants submit that they "would prefer that the Court address their notice of related cases before engaging in settlement negotiations." (Id. at 2.) After reviewing the notice, the Court finds good cause to grant Defendants' request. Therefore, the stay if lifted, and the October 7, 2026, settlement conference is vacated.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' request to opt out of the post-screening ADR project (ECF No. 26), is GRANTED;
2. The stay of this action (ECF No. 25) is LIFTED; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **August 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge